Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO RODRIGUEZ,<br><br>    Plaintiff,<br><br>        v.<br><br>GARRISON CAPITAL INC., JOSEPH TANSEY, BRIAN CHASE, CECIL MARTIN, JOE MOREA, and MATTHEW WESTWOOD,<br><br>    Defendants. | Case No: 1:20-cv-04512-RRM-PK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ricardo Rodriguez hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated:  November 24, 2020

Respectfully submitted,

**HALPER SADEH LLP**

By: /s/ Daniel Sadeh
Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

      I, Daniel Sadeh, hereby certify that on November 24, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: November 24, 2020　　　　　　　　　　　　/s/ Daniel Sadeh
　　　　　　　　　　　　　　　　　　　　　　　　Daniel Sadeh